**Dismissed and Memorandum Opinion filed May 14, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00170-CV

## HINDU ASHRAM, INC., Appellant

## V.

## SANJAY SARAN MATHUR, SEEMA MATHUR AND THE HEIRS OF RAMESH S. MATHUR, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-201944**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 24, 2013. The notice of appeal was filed December 16, 2013. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On April 16, 2015, this court ordered appellant to pay the appellate filing fee on or before May 1, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.